Patrick C. English, Esq. (7898)
**DINES AND ENGLISH, L.L.C.**
685 Van Houten Avenue
Clifton, New Jersey 07013
(973) 778-7575
Attorney for Plaintiff, Bellator Sport Worldwide, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BELLATOR SPORT WORLDWIDE, LLC,** | Civil Action No.: 2:10-CV-04091-DMC-JAD |
| Plaintiff, | |
| v. | **REQUEST TO ENTER DEFAULT** |
| **ZUFFA, LLC, JONATHAN BROOKINS, MICKEY DUBBERLY, JOHN DOES 1-5,** | |
| Defendants. | |

TO: **WILLIAM T. WALSH, CLERK**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Please enter default of defendant Jonathan Brookins pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached Affidavit of Patrick C. English.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PATRICK C. ENGLISH, ESQ. (7898)
　　　　　　　　　　　　　　　　　　Dines and English, L.L.C.
　　　　　　　　　　　　　　　　　　685 Van Houten Avenue
　　　　　　　　　　　　　　　　　　Clifton, New Jersey 07013
　　　　　　　　　　　　　　　　　　(973) 778-7575
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Date: October 6, 2010