Patrick C. English, Esq. (7898)
**DINES AND ENGLISH, L.L.C.**
685 Van Houten Avenue
Clifton, New Jersey 07013
(973) 778-7575
Attorney for Plaintiff, Bellator Sport Worldwide, LLC

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **BELLATOR SPORT WORLDWIDE, LLC,** | Civil Action No.: 2:10-CV-04091-DMC-JAD |
| **Plaintiff,** | |
| v. | **AFFIDAVIT OF PATRICK C. ENGLISH** |
| **ZUFFA, LLC, JONATHAN BROOKINS, MICKEY DUBBERLY, JOHN DOES 1-5,** | |
| **Defendants.** | |

**STATE OF NEW JERSEY** :
                                                  SS.:
**COUNTY OF PASSAIC** :

   **PATRICK C. ENGLISH**, being of age and duly sworn, hereby states:

   1)   I am counsel for the plaintiff in the above matter.

   2)   On September 10, 2010 the defendant, Jonathan Brookins, was served with the Summons and Complaint in this matter as set forth in the attached Affidavit of Service, annexed as Exhibit "A."

   3)   The time for answering or otherwise responding expired on or about October 4, 2010.

   4)   No answer or other responsive pleading has been filed and no request for extension has been received, and the time for doing so has now expired.

5) Therefore it is requested that the Clerk enter a default as to defendant Jonathan Brookins.

BY: _____
PATRICK C. ENGLISH

Sworn and subscribed to
before me this 6th day
of October, 2010.

*[signature]*

MARCIA A. TAYLOR
A Notary Public of New Jersey
My Commission Expires June 17, 2015

# EXHIBIT A

## **AFFIDAVIT OF SERVICE**

## UNITED STATES DISTRICT COURT
## District of NEW JERSEY

Case Number: 2:10 CV 04091 DMC JAD

Plaintiff:
**BELLATOR SPORT WORLDWIDE, LLC**
vs.
Defendant:
**ZUFFA, LLC, ET. AL.**

For: Patrick English
DINES AND ENGLISH, LLC

Received by Above and Beyond Process Service, LLC on the 27th day of August, 2010 at 9:36 am to be served on JONATHAN BROOKINS, 1905 EAST MARKS, ORLANDO, FL 32803. I, Jessie Ortiz, CPS 3304, being duly sworn, depose and say that on the _10th_ day of _September_, 20_10_ at _7:43a_ m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL CASE, CIVIL COVER SHEET, AND COMPLAINT AND JURY DEMAND** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(✓) SUBSTITUTE SERVICE: By serving _Sophia Row_ as _Wife/Co-Resident at 1905 E. Marks St, Orlando FL (Orange Co.) 32803 (residence)_

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or (✓) No   If yes, what branch? _____

Marital Status: (✓) Married or ( ) Single   Name of Spouse _Jonathan Brookins_

**COMMENTS:** _____

Age _30_ Sex M/(F) Race _Black_ Height _5'3"_ Weight _110 lbs_ Hair _Black_ Glasses Y/(N)

## AFFIDAVIT OF SERVICE for 2:10 CV 04091 DMC JAD

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. I further certify that I placed the time, date, my initials, and ID # on both the Summons and Complaint and/or Subpoena.

Subscribed and Sworn to before me on the 10th day of September, 2010 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

SARAH GRACE DUNSON
MY COMMISSION # DD880214
EXPIRES May 17, 2013
(407) 398-0153

PROCESS SERVER # 3304
Appointed in accordance with State Statutes

Above and Beyond Process Service, LLC
1288 S.W. 24th Lane
Palm City, FL 34990
(772) 419-8636

Our Job Serial Number: 2010002245

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4b