Patrick C. English, Esq. (7898)
**DINES AND ENGLISH, L.L.C.**
685 Van Houten Avenue
Clifton, New Jersey 07013
(973) 778-7575
Attorney for Plaintiff, Bellator Sport Worldwide, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BELLATOR SPORT WORLDWIDE, LLC,** | Civil Action No.: 2:10-CV-04091-DMC-JAD |
| Plaintiff, | |
| v. | **CERTIFICATION OF SERVICE** |
| **ZUFFA, LLC, JONATHAN BROOKINS, MICKEY DUBBERLY, JOHN DOES 1-5,** | |
| Defendants. | |

**PATRICK C. ENGLISH**, of full age and upon his oath certifies:

1) I am an attorney at law in the state of New Jersey with the law firm of Dines and English, L.L.C., which represents the plaintiff, in the above captioned matter.

2. On October 6, 2010, I caused a true copy of the following documents:

   a. Request to Enter Default;

   b. Affidavit of Patrick C. English;

   c. Notation of Default,

to be sent via certified mail (return receipt requested) and first class regular mail to:

>  **Jonathan Brookins**
>  **1905 East Marks**
>  **Orlando, Florida 32803**

I certify under penalty of perjury that the foregoing is true and accurate. Executed on October 6, 2010.

_____