Patrick C. English, Esq. (7898)
**DINES AND ENGLISH, L.L.C.**
685 Van Houten Avenue
Clifton, New Jersey 07013
(973) 778-7575
Attorney for Plaintiff, Bellator Sport Worldwide, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____

**BELLATOR SPORT WORLDWIDE, LLC,**       Civil Action No.: 2:10-CV-04091-DMC-JAD

    **Plaintiff,**

v.                                                                            **NOTATION OF DEFAULT**

**ZUFFA, LLC, JONATHAN BROOKINS,
MICKEY DUBBERLY, JOHN DOES 1-5,**

    **Defendants.**
_____

    I, William T. Walsh, Clerk of Court of the United States District Court for the District of New Jersey, do hereby certify that the defendant Jonathan Brookins has not filed an answer or otherwise moved with respect to the complaint herein.  The default of defendant Jonathan Brookins is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

                                                WILLIAM T. WALSH, CLERK_____
                                               Clerk of Court


                             By:   _____
                                      Deputy Clerk

Date