Jonathan Brookins
1905 East Marks, Apt. A
Orlando, FL 32803

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BELLATOR SPORT WORLDWIDE, LLC., <br><br> Plaintiff, <br><br> v. <br><br> ZUFFA, LLC, d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, JONATHAN BROOKINS, MICKEY DUBBERLY, JOHN DOES 1-5, <br><br> Defendants. | Civil Action No. 2:10-04091 (DMC)(JAD) <br><br><br> **CLERK'S ORDER EXTENDING TIME PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

Pursuant to Local Civil Rule 6.1(b), application is hereby made for a Clerk's Order extending the time within which Defendant Jonathan Brookins may answer, move, or otherwise respond to the Complaint filed by Plaintiff in this matter for a period of fifteen (15) days. It is represented that:

1. No previous extensions from the Court have been granted or obtained;

2. I, Jonathan Brookins was served with the Summons and Complaint on September 20, 2010;

3. I, Jonathan Brookins time to answer, move or otherwise respond expires on October 1, 2010.

_____
Jonathan Brookins

**RECEIVED**

OCT 0 1 2010

AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

## ORDER

IT IS HEREBY ORDERED that the above Application is GRANTED and Defendant JONATHAN BROOKINS' time to answer, move or otherwise respond to the Complaint is extended from October 1, 2010 to October 15, 2010.

ORDER DATED: ~~September~~/October, 7 2010

WILLIAM T. WALSH, Clerk

By: _Sheree Raimo_
Deputy Clerk

## CERTIFICATE OF FILING

I HEREBY CERTIFY on this day I caused to original of the foregoing *Clerk's Order Extending Time* to be filed with the Clerk of Court.

I HEREBY CERTIFY that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Jonathan Brookins