Bruce I. Goldstein
Thomas A. Della Croce
William R. Stuart
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
(973) 643-7000
*Attorneys for Defendant Zuffa, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BELLATOR SPORT WORLDWIDE, LLC,<br><br>Plaintiff,<br><br>- vs -<br><br>ZUFFA, LLC, d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, JONATHAN BROOKINGS, MICKEY DUBBERLY, JOHN DOES 1-5,<br><br>Defendants. | Case No. 2:10-CV-04091-DMC-JAD<br>Hon. Dennis M. Cavanaugh<br><br>**NOTICE OF DEFENDANT ZUFFA, LLC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>Return Date: November 1, 2010<br><br>Oral Argument Requested |

**TO:**   Patrick C. English
DINES AND ENGLISH, L.L.C.
685 Van Houten Avenue
Clifton, New Jersey 07013
(973) 778-7575

Walter A. Saurack
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
11th Floor
New York, NY 10169
212-818-9200

Jonathan Brookins
1905 EAST MARKS, APT. A
ORLANDO, FL 32803

**COUNSEL:**

**PLEASE TAKE NOTICE THAT** on Monday, November 1, 2010 at 9:00 a.m., or at a date and time to be set by the Court, Defendant Zuffa, LLC ("Zuffa") shall move before the

Honorable Dennis M. Cavanaugh, U.S. District Court, M.L. King, Jr., Federal Bldg. & Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing with prejudice Plaintiff's Complaint against Zuffa in its entirety for failure to state a claim.

**PLEASE TAKE FURTHER NOTICE** that Zuffa relies upon the Brief and Declaration of William R. Stuart submitted herewith.  A proposed Order is also submitted.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Respectfully submitted,

Dated: October 7, 2010

/s/ Bruce I. Goldstein
Bruce I. Goldstein
Thomas A. Della Croce
William R. Stuart
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey  07102-5400
*Attorneys for Defendant Zuffa, LLC*