Bruce I. Goldstein
Thomas A. Della Croce
William R. Stuart
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
(973) 643-7000
*Attorneys for Defendant Zuffa, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BELLATOR SPORT WORLDWIDE, LLC,<br><br>Plaintiff,<br><br>- vs -<br><br>ZUFFA, LLC, d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, JONATHAN BROOKINGS, MICKEY DUBBERLY, JOHN DOES 1-5,<br><br>Defendants. | Case No. 2:10-CV-04091-DMC-JAD<br>Hon. Dennis M. Cavanaugh<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT AS TO DEFENDANT ZUFFA, LLC WITH PREJUDICE FOR FAILURE TO STATE A CLAIM** |

**THIS MATTER** having been brought before this Court by Sills Cummis & Gross P.C., attorneys for Defendant Zuffa, LLC ("Zuffa"), for an Order dismissing Plaintiff's Complaint against Zuffa for failure to state a claim pursuant Fed. R. Civ. P. 12(b)(6); and the Court having reviewed and considered the submissions of the parties, having heard argument from counsel, and for good cause shown;

IT IS on this _____ day of _____, 2010:

**ORDERED** that Zuffa's Motion to Dismiss is hereby GRANTED; and it is further

**ORDERED** that Plaintiff's Complaint is hereby DISMISSED in its entirety with prejudice as to Zuffa.

_____
The Honorable Dennis M. Cavanaugh, U.S.D.J.