Bruce I. Goldstein
Thomas A. Della Croce
William R. Stuart
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
(973) 643-7000
*Attorneys for Defendant Zuffa, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BELLATOR SPORT WORLDWIDE, LLC,<br><br>    Plaintiff,<br><br>- vs -<br><br>ZUFFA, LLC, d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, JONATHAN BROOKINGS, MICKEY DUBBERLY, JOHN DOES 1-5,<br><br>    Defendants. | Case No. 2:10-CV-04091-DMC-JAD<br><br>Hon. Dennis M. Cavanaugh<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Return Date: November 1, 2010<br><br>Oral Argument Requested |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Zuffa, LLC ("Zuffa") states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully Submitted,

Dated: October 7, 2010        By:    /s/ William R. Stuart
                                                WILLIAM R. STUART