Bruce I. Goldstein
Thomas A. Della Croce
William R. Stuart
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
(973) 643-7000
*Attorneys for Defendant Zuffa, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BELLATOR SPORT WORLDWIDE, LLC,<br><br>    Plaintiff,<br><br>- vs -<br><br>ZUFFA, LLC, d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, JONATHAN BROOKINGS, MICKEY DUBBERLY, JOHN DOES 1-5,<br><br>    Defendants. | Case No. 2:10-CV-04091-DMC-JAD<br><br>Hon. Dennis M. Cavanaugh<br><br>Return Date: November 1, 2010<br><br>Oral Argument Requested |

I hereby certify that on October 7, 2010 I presented the within Notice of Motion to Dismiss, Brief, Declaration of William R. Stuart, proposed form of Order and Rule 7.1 Corporate Disclosure Statement to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all counsel of record, with the exception of Jonathan Brookins, who has entered an appearance *pro se* and will be served via Overnight Delivery.  I further certify that a courtesy copy of these papers were served via Overnight Delivery to the Honorable Dennis M. Cavanaugh, United States District Court, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false I am subject to punishment.

Respectfully submitted,

Dated: October 7, 2010    By:    /s/ William R. Stuart
                                 WILLIAM R. STUART