Patrick C. English, Esq. (7898)
**DINES AND ENGLISH, L.L.C.**
685 Van Houten Avenue
Clifton, New Jersey 07013
(973) 778-7575
Attorney for Plaintiff, Bellator Sport Worldwide, LLC

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BELLATOR SPORT WORLDWIDE, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**ZUFFA, LLC, JONATHAN BROOKINS, MICKEY DUBBERLY, JOHN DOES 1-5,**<br><br>    Defendants. | Civil Action No.: 2:10-CV-04091-DMC-JAD<br><br>**CLERK'S ORDER EXTENDING TIME PURSUANT TO LOCAL CIVIL RULE 7.1(d)(5)** |

Pursuant to Local Civil Rule 7.1(d)(5), application is hereby made for a Clerk's Order extending the time within which plaintiff Bellator Sport Worldwide, LLC ("Bellator") may answer the Motion to Dismiss filed by defendant Mickey Dubberly in this matter for a period of fourteen (14) days. It is represented that:

1)  No previous extensions from the Court have been granted or obtained.

2)  The motion has previously been set for November 1, 2010 with reply papers due October 18.

3) Pursuant to local Rule 7.1(d)(5) it is requested that the motion be set for November 15 with reply papers due November 1.

/s/   Patrick C. English, Esq._____
PATRICK C. ENGLISH, ESQ. (7898)
Dines and English, L.L.C.
685 Van Houten Avenue
Clifton, New Jersey 07013
(973) 778-7575
Attorneys for Plaintiff

Date:  October 12, 2010

## ORDER

**IT IS HEREBY ORDERED** that the above Application is GRANTED and plaintiff, Bellator Sport Worldwide, L.L.C.'s time to file reply papers to Mickey Dubberly's Motion to Dismiss is extended to and including November 1, 2010 and the motion is reset for November 15, 2010.

**ORDER DATED: October    , 2010**

                                        WILLIAM T. WALSH, Clerk

            By:    _____
                                     Deputy Clerk

## **CERTIFICATE OF ELECTRONIC FILING AND PROOF OF SERVICE**

I hereby certify that on this day I caused the original of the foregoing **Clerk's Order Extending Time** to be filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the District of New Jersey's Local Rules, and/or the District of New Jersey's Rules on Electronic Service.

A copy has also been mailed to Jonathan Brookins at 1905 East Marks, Orlando, Florida 32803.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/   Patrick C. English, Esq.
PATRICK C. ENGLISH, ESQ. (7898)
Dines and English, L.L.C.
685 Van Houten Avenue
Clifton, New Jersey 07013
(973) 778-7575
Attorneys for Plaintiff

Date:  October 12, 2010