Patrick C. English, Esq. (7898)
**DINES AND ENGLISH, L.L.C.**
685 Van Houten Avenue
Clifton, New Jersey 07013
(973) 778-7575
Attorney for Plaintiff, Bellator Sport Worldwide, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BELLATOR SPORT WORLDWIDE, LLC,** | Civil Action No.: 2:10-CV-04091-DMC-JAD |
| **Plaintiff,** | |
| v. | **CERTIFICATION OF SERVICE** |
| **ZUFFA, LLC, JONATHAN BROOKINS, MICKEY DUBBERLY, JOHN DOES 1-5,** | |
| **Defendants.** | |

**PATRICK C. ENGLISH**, of full age and upon his oath certifies:

1) I am an attorney at law in the state of New Jersey with the law firm of Dines and English, L.L.C., which represents the plaintiff, in the above captioned matter.

2. On November 1, 2010, I caused the following documents:

   a) Brief In Opposition to Defendant Dubberly's Motion to Dismiss;

   b) Declaration of Sam Caplan;

   c) Declaration of Patrick C. English, Esq.;

   d) Declaration of Bjorn Rebney

to be electronically filed with the Clerk of Court using the CM/EC system which will then send notification of the aforementioned filing to the following:

> Justin E. Klein, Esq.
> Satterlee Stephens Burke & Burke, LLP
> 230 Park Avenue
> New York, New York 10169
> (212) 818-9200
> Email: jklein@ssbb.com
>
> Walter A. Saurack, Esq.
> Satterlee Stephens Burke & Burke, LLP
> 33 Wood Avenue South
> Iselin, New Jersey 08830
> (732) 603-4966
> Email: wsaurack@ssbb.com
>
> Thomas A. Della Croce
> Sills Cummis Radin Rishman Epstein & Gross
> One Riverfront Plaza
> Newark, New Jersey 07102-5400
> (973) 643-7000
> Email: tdellacroce@sillscummis.com

I also hereby certify that on November 1, 2010 I personally served a copy of the foregoing documents via first class regular mail upon:

> Jonathan Brookins
> 1905 East Marks/Apt. A
> Orlando, Florida 32803

I certify under penalty of perjury that the foregoing is true and accurate. Executed on November 1, 2010.

PATRICK C. ENGLISH