Patrick C. English, Esq. (7898)
**DINES AND ENGLISH, L.L.C.**
685 Van Houten Avenue
Clifton, New Jersey 07013
(973) 778-7575
Attorney for Plaintiff, Bellator Sport Worldwide, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BELLATOR SPORT WORLDWIDE, LLC,** | Civil Action No.: 2:10-CV-04091-DMC-JAD |
| **Plaintiff,** | |
| v. | **CERTIFICATION OF SERVICE** |
| **ZUFFA, LLC, JONATHAN BROOKINS, MICKEY DUBBERLY, JOHN DOES 1-5,** | |
| **Defendants.** | |

**PATRICK C. ENGLISH**, of full age and upon his oath certifies:

1) I am an attorney at law in the state of New Jersey with the law firm of Dines and English, L.L.C., which represents the plaintiff, in the above captioned matter.

2) On November 1, 2010, I caused a Brief In Opposition to Defendant Zuffa, LLC's Motion to Dismiss, to be electronically filed with the Clerk of Court using the CM/EC system which will then send notification of the aforementioned filing to the following:

> Justin E. Klein, Esq.
> Satterlee Stephens Burke & Burke, LLP
> 230 Park Avenue
> New York, New York 10169
> (212) 818-9200
> Email: jklein@ssbb.com

Walter A. Saurack, Esq.
Satterlee Stephens Burke & Burke, LLP
33 Wood Avenue South
Iselin, New Jersey 08830
(732) 603-4966
Email: wsaurack@ssbb.com

Thomas A. Della Croce
Sills Cummis Radin Rishman Epstein & Gross
One Riverfront Plaza
Newark, New Jersey 07102-5400
(973) 643-7000
Email: tdellacroce@sillscummis.com

I also hereby certify that on November 1, 2010 I personally served a copy of the foregoing documents via first class regular mail upon:

Jonathan Brookins
1905 East Marks/Apt. A
Orlando, Florida 32803

I certify under penalty of perjury that the foregoing is true and accurate. Executed on November 1, 2010.

_____
PATRICK C. ENGLISH