UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BELLATOR SPORT WORLDWIDE, LLC,<br><br>                          Plaintiff,<br>v.<br><br>ZUFFA, LLC, d/b/a/ ULTIMATE FIGHTING CHAMPIONSHIP, JONATHAN BROOKINS, MICKEY DUBBERLY, JOHN DOES 1-5,<br><br>                          Defendants. | 2:10-CV-04091-DMC-JAD<br><br>**AFFIDAVIT OF MICKEY DUBBERLY IN SUPPORT OF HIS MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

STATE OF FLORIDA      )
                               : ss.:
COUNTY OF PALM BEACH  )

        Mickey Dubberly, being duly sworn, deposes and says:

        1.    I make this affidavit on personal information.

        2.    I am the Chief Executive Officer of Dubberly Financial, LLC, which is incorporated in Florida with its principal – and only – place of business in Florida.

        3.    I am also the Chief Executive Officer of A2ZBigLoans ("A2Z"), which is a subsidiary of Dubberly Financial LLC. As a subsidiary of Dubberly Financial, A2Z is also located in Florida and has no offices or employees outside the state of Florida. The contact information on the A2Z website lists my telephone number with a 561 area code – an area code in Florida.

        4.    I have never obtained a loan through A2Z in New Jersey or for any individual who resides in New Jersey.

1017035_1

5.  I have never conducted any business in New Jersey on behalf of A2Z and have never solicited business or placed advertisements in New Jersey.

6.  Likewise, as CEO of K.O. Dynasty Sports Management, a mixed martial arts sports management company with its only office located in Florida, I have never placed any advertisement for any company or person in New Jersey through the K.O. Dynasty website (or otherwise) and have never received sponsorships for fighters from companies located in New Jersey through the K.O. Dynasty website (or otherwise).

7.  Since I became Jonathan Brookins' manager in October 2009, I have received no benefit – monetary or otherwise – arising from, or relating to, his purported agreement with Bellator at issue in this action.

_Mickey Dubberly_

Sworn to before me this
5TH day of November, 2010.

_____
Notary Public

Thomas A. Sheehan
COMMISSION # DD730793
EXPIRES: DEC. 07, 2011
WWW.AARONNOTARY.com

1017035_1