UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BELLATOR SPORT WORLDWIDE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZUFFA, LLC, d/b/a/ ULTIMATE FIGHTING CHAMPIONSHIP, JONATHAN BROOKINS, MICKEY DUBBERLY, JOHN DOES 1-5,<br><br>Defendants. | 2:10-CV-04091-DMC-JAD<br><br>**AFFIDAVIT OF JUSTIN KLEIN** |

STATE OF NEW YORK        )
                                                : ss.:
COUNTY OF NEW YORK   )

Justin Klein, being duly sworn, deposes and says:

1. I am an attorney with the law firm Satterlee Stephens Burke & Burke LLP, attorneys for Defendant, Mickey Dubberly ("Mr. Dubberly"). I hereby submit this Affidavit in support of Mr. Dubberly's Motion to Dismiss Plaintiff's Complaint.

2. Annexed hereto as Exhibit A is a true and correct copy of Zuffa, LLC's memorandum of law in opposition to Plaintiff's motion to dismiss in Zuffa, LLC v. Pavia Holdings, et al., No. 2:10-1427 (D. Nev. Filed Aug. 23, 2010).

1019352_1

    3. Annexed hereto as Exhibit B is a true and correct copy of Plaintiff's reply memorandum in support of its motion to dismiss in <u>Zuffa, LLC v. Pavia Holdings, et al.</u>, No. 2:10-1427 (D. Nev. Filed Aug. 23, 2010).

                                    _____
                                     Justin Klein

Sworn to before me this

____ day of November, 2010.

_____
Notary Public

      HELEN KELLY
   Notary Public, State of New York
      No. 5005276
    Qualified in Suffolk County
  Commission Expires December 7, 2010

1019352_1