**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of November, 2010, the foregoing (Doc. Nos. 26, 27, and 28) were electronically filed with the Clerk of Court using the CM/ECF system, which then sent a notification of such filing (NEF) to the following:

**PATRICK CHARLES ENGLISH**
DINES & ENGLISH, LLC
685 VAN HOUTEN AVENUE
CLIFTON, NJ 07013
(973) 778-7575
Email: dinesandenglish@aol.com

**THOMAS A. DELLA CROCE**
SILLS CUMMIS RADIN RISHMAN EPSTEIN, & GROSS
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102-5400
(973) 643-7000
Email: tdellacroce@sillscummis.com

I hereby certify on the 8th day of November 2010 I personally served a copy of the foregoing upon:

**JONATHAN BROOKINS**
1905 EAST MARKS, APT. A
ORLANDO, FL 32803

the address designated by said party for that purpose by depositing a true copy of same, enclosed in a post-paid properly addressed sealed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

By: _____/s_____
Justin E. Klein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
(212) 818-9200

*Attorneys for Defendant Mickey Dubberly*

815103_1